UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DEWAYNE T. HOWARD** | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0135 |
| | ) Judge Wiseman/Knowles |
| **JAMES RHODEN, et al.** | ) |

### O R D E R

The Initial Case Management Conference in this action currently scheduled for Thursday, May 13, 2010, at 10:00 a.m. is hereby rescheduled for **Tuesday, May 18, 2010, at 10:30 a.m.** Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge