APPROVED.

*Thomas A. Wiseman Jr* (signature)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DEWAYNE T. HOWARD, ) | |
| ) | JURY DEMAND |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-0135 |
| ) | |
| JAMES RHODEN, et al., ) | Judge Wiseman |
| ) | |
| Defendants. ) | Magistrate Judge Knowles |

## NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, Dewayne T. Howard, by and through counsel, and hereby gives notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that Plaintiff hereby dismisses this action against all defendants without prejudice.

Respectfully submitted,

/s/ Patrick Thurman_____
Patrick Thurman, #22311
P.O. Box 128498
Nashville, TN 37212
(615) 321-1426

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following parties via the Court's electronic filing system:

Mr. S. Delk Kennedy, Jr.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203

on this the 1st day of July, 2010.

/s/ Patrick Thurman_____